# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAINE CARVER, | ) | |
| | ) | Civil Action No. 15 – 26 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pup Lenihan |
| | ) | |
| PA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Respondents. | | |

## ORDER

Pursuant to the Court's Memorandum Opinion filed at ECF No. 22,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus filed by Petitioner Blaine Carver (ECF No. 5) is **DISMISSED** for failure to state a claim cognizable under 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Carver's Motion for Reconsideration (ECF No. 20) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Dated: May 6, 2015.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

1

cc: Blaine Carver
    LD-9340
    SCI Houtzdale
    P.O. Box 1000
    Houtzdale, PA  16698

    Counsel of record